1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10
11

12  TREVON WILLIS,                    )   Case No. LA CV 13-8399 JFW (JCG)
                                      )
13              Petitioner,           )   **ORDER ACCEPTING REPORT AND**
                                      )   **RECOMMENDATION OF UNITED**
14       v.                           )   **STATES MAGISTRATE JUDGE AND**
                                      )   **DENYING CERTIFICATE OF**
15  MARTIN BITER, Warden,             )   **APPEALABILITY**
                                      )
16              Respondent.           )
                                      )
17  _____ )

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition

19  ("FAP"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections

20  to the Report and Recommendation, and the remaining record, and has made a *de novo*

21  determination.

22          Petitioner's Objections reiterate the arguments made in the FAP and Traverse,

23  and lack merit for the reasons set forth in the Report and Recommendation.

24          Accordingly, IT IS ORDERED THAT:

25          1.      The Report and Recommendation is approved and accepted[1];

26

27  _____
    [1] The Court also construes the Magistrate Judge's December 9, 2013 minute order
28  granting Petitioner's stay request as a Report and Recommendation, and adopts it.

1    2.      Judgment be entered denying the Petition and dismissing this action with

2    prejudice; and

3    3.      The Clerk serve copies of this Order on the parties.

4    Additionally, for the reasons stated in the Report and Recommendation, the

5    Court finds that Petitioner has not made a substantial showing of the denial of a

6    constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

7    *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of

8    appealability.

9

10   DATED:   October 21, 2015

11                                    HON. JOHN F. WALTER

12                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28