JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVON WILLIS,<br><br>        Petitioner,<br><br>    v.<br><br>MARTIN BITER, Warden,<br><br>        Respondent. | Case No. LA CV 13-8399 JFW (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: October 21, 2015

                                        HON. JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE